**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: K.C., A MINOR | : | No. 575 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: F.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: K.C., A MINOR | : | No. 576 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: F.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: I.C., A MINOR | : | No. 577 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: F.B., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.